# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**MELINDA NOTT,**          **CASE NO.   3:11-CV-338**

    Plaintiff,

                                 **Judge Timothy S. Black**

**-vs-**          **Magistrate Judge Michael R. Merz**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 19) of the United States Magistrate Judge is **ADOPTED**; the Commissioner's decision that the Plaintiff is not disabled and therefore no entitled to benefits under the Act is **REVERSED;** the matter is **REMANDED** to the Commissioner for payment of benefits consistent with this Act; and that the case is **CLOSED** from the docket of the Court.

Date: September 24, 2012          **JOHN P. HEHMAN, CLERK**

                                                      By: _s/ M. Rogers_
                                                      Deputy Clerk