# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MELINDA NOTT,                          :

        Plaintiff,                :        Case No. 3:11-cv-338

                                  :        District Judge Timothy S. Black

     -vs-                                            Magistrate Judge Michael R. Merz

                                  :

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,               :

        Defendant.                :

---

## RECUSAL ORDER

---

In light of the amendment of the General Order of Assignment and Reference to remove the undersigned from assignment to Social Security cases, the undersigned hereby RECUSES himself from further participation in this case and directs the Clerk to re-assign the case to one of the other Magistrate Judges at Dayton.

August 25, 2014.

s/ *Michael R. Merz*
United States Magistrate Judge